

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2014

No. 04-14-00374-CR

Luis Arnaldo **BAEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6881
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

On July 22, 2014, we ordered Appellant to provide written proof to this court by August 1, 2014 that either court reporter Decline M. Benavides's fee had been paid or that Appellant was entitled to appeal without paying for the record. On July 24, 2014, Appellant filed a response with this court indicating that payment arrangements were in fact made with the court reporter.

Our July 22, 2014 show cause order is satisfied. The reporter's record is due to be filed no later than August 25, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court